UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LATANYA STERLING                                    CIVIL ACTION

VERSUS                                              NO. 10-1159

WILLY MARTIN, JR.                                   SECTION "N" (5)
    Sheriff, St. James parish

### ORDER AND REASONS

Before the Court is Plaintiff's "Motion to Extend Deadline for Expert Report" (Rec. Doc. 43), which is opposed by Defendant. (See Rec. Doc. 47).  After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that **Plaintiff's "Motion to Extend Deadline for Expert Report" (Rec. Doc. 43)** is **DENIED**, for substantially the same reasons as stated by Defendant.

New Orleans, Louisiana, this 18th day of August, 2011.

                                                        _____
                                                           KURT D. ENGELHARDT
                                                           United States District Judge